1  Alex L. Fugazzi
   Nevada Bar No. 9022
2  Casey G. Perkins
   Nevada Bar No. 12063
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile: (702) 784-5252
   Email: afugazzi@swlaw.com
6  Email: cgperkins@swlaw.com

7  Attorneys for Defendant
   PEERLESS INDEMNITY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| KARLA YEUNG, | CASE NO. 2:14-cv-00553-RFB-GWF |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| PEERLESS INDEMNITY INSURANCE COMPANY; DOE INSURANCE COMPANY; DOES I through X, inclusive, and ROES I through X, | |
| Defendants. | |

   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff KARLA YEUNG and Defendant PEERLESS INDEMNITY INSURANCE COMPANY, by and through
   ///
   ///
   ///
   ///
   ///
   ///
   ///
   ///
   ///

their respective counsel of record, that the above matter be dismissed with prejudice in its entirety with each party to bear its own costs and attorneys' fees.

DATED this 27th day of March, 2015.          DATED this 26th day of March, 2015.

SNELL & WILMER L.L.P.                         G. DALLAS HORTON & ASSOCIATES

By: _____            By: _____
Alex L. Fugazzi, NV Bar No. 9022              G. Dallas Horton, NV Bar No. 5996
Casey G. Perkins, NV Bar No. 12063            David L. Thomas, NV Bar No. 3172
3883 Howard Hughes Pkwy., Ste. 1100           Christian Z. Smith, NV Bar No. 8266
Las Vegas, NV 89169                           4435 S. Eastern Ave.
                                              Las Vegas, NV 89119
Attorneys for Defendant
PEERLESS INDEMNITY                            Attorneys for Plaintiff
INSURANCE COMPANY                             KARLA YEUNG

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: this 27th day of March, 2015.

Prepared and Submitted by:
SNELL & WILMER L.L.P.

_____
Alex L. Fugazzi
Nevada Bar No. 9022
Casey G. Perkins
Nevada Bar No. 12063
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
PEERLESS INDEMNITY
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by the method indicated below:

| | | | |
|---|---|---|---|
| XXXXX | Electronic Service (CM/ECF) | _____ | Federal Express |
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

G. Dallas Horton, Esq.
David L. Thomas, Esq.
Christian Z. Smith, Esq.
G. DALLAS HORTON & ASSOCIATES
4435 S. Eastern Ave.
Las Vegas, NV 89119
Telephone: (702) 380-3100
Facsimile: (702) 385-3101
Attorneys for Plaintiff
KARLA YEUNG

DATED this 27th day of March, 2015.

*/s/ Tonya C. Stephenson*
An Employee of Snell & Wilmer L.L.P.

21161967

- 3 -